

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

————————————————

No. 02-25-00197-CV

————————————————

IN RE JOSE PORTALATIN, Relator

Original Proceeding
233rd District Court of Tarrant County, Texas
Trial Court No. 233-635708-18

Before Womack, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: May 1, 2025